USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elgin D Jackson | 20-cv-582-jdp |
| DEFENDANT | TYPE OF PROCESS |
| Meagan Stoner and Bobbi Bailey | CIVIL, summons and complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Meagan Stoner
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elgin D Jackson, 418369
Dodge Correctional Institution
P.O. Box 700
Waupun, WI 53963

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Meagan Stoner worked at the Dane County Jail in 2020.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 608-264-5156 press 1
DATE: 9/29/20

*[signature] deputy clerk*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 90 | No. 90 | *[signature]* | 10/16/2020 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 10/16/20 | | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy
*Emily S. [signature]*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | ∅ | ∅ | $8.00 | | $0.00 |

REMARKS:
10/2/2020: Emailed to Dane County Civil Process. 10/6/2020: process and waiver served.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Updated 10/2020

Process Number: 20005404    Court Number: 20CV582

I, David J. Mahoney, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT, OTHER, ORDER, OTHER on 2nd day of October, 2020, and that I served the same on:

MEAGAN STONER (Defendant)
115 W DOTY ST
MADISON, WI 53703
Served on: 6th day of October, 2020 at 07:30:01 by Rauch Joseph

Served to: GARY VANDIVIER (DESIGNEE)
115 W DOTY ST
MADISON, WI 53703

Returned on the 6th day of October, 2020

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 6th day of October, 2020

David J. Mahoney, Sheriff
Dane County Sheriffs Office, Wisconsin

BY: _____
Deputy Sheriff
Civil Process

Remarks:
6th day of October, 2020 at 07:30:01
SUMMONS/COMPLAINT/OTHER/ORDER/OTHER

RECEIVED-MADISON 2020 OCT 16 AM 10: 45 USMS WESTERN WISCONSIN