IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELGIN JACKSON,

                              Plaintiff,

    v.                                                                                   ORDER

MEAGAN STONER and                                            20-cv-582-jdp
BOBBI BAILEY,

                              Defendants.

---

Pro se plaintiff Elgin Jackson is proceeding on claims that staff at Dane County jail violated his constitutional rights by failing to protect him from a known risk of Covid-19. Before the court is defendant Megan Stoner's motion to compel Jackson to sign medical releases that would permit disclosure of his medical records to defendant. Dkt. 30. Stoner's counsel explains that she has sent three requests for medical authorization to Jackson, but that he has not responded to any of the requests. Jackson also did not respond to Stoner's motion to compel.

I am granting the motion. Plaintiff is suing defendants for injuries to his health, so defendants are entitled to review any of plaintiff's medical records that are relevant to plaintiff's claim. Plaintiff has not raised any objection to nature or scope of defendant's request, and the court will not make arguments for plaintiff. So, defendant Stoner's motion to compel will be granted. Plaintiff must provide Stoner with signed medical releases by the deadline set forth below. If he fails to comply, Stoner may move for sanctions under Federal Rule of Civil Procedure 37(b)(2)(A). *See Reyes v. Dart*, 801 F.3d 879, 881–82 (7th Cir. 2015).

ORDER

IT IS ORDERED that defendant Meagan Stoner's motion to compel, Dkt. 30, is GRANTED. Plaintiff Elgin Jackson must provide signed medical releases to defendant Stoner by May 3, 2021.

Entered April 20, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge