IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELGIN D. JACKSON,

    Plaintiff,

                                      Case No.  20-cv-582-jdp

v.

MEAGAN STONER and BOBBI BAILEY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 8/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |