IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELGIN JACKSON,

                Plaintiff,

v.                                                ORDER

MEAGAN STONER and                         20-cv-582-jdp
BOBBI BAILEY,

                Defendants.

---

Pro se plaintiff Elgin Jackson contends that staff at Dane County jail violated his constitutional rights by failing to protect him from a known risk of COVID-19. Each defendant filed a motion for summary judgment, but Jackson did not respond to those motions. Instead he asked for an extension of time to file opposition materials and this court granted that request. Dkt. 79. But Jackson did not submit responses by the new deadline either.

Defendants jointly filed a motion to dismiss the case under Federal Rule of Civil Procedure 41(b) for Jackson's failure to prosecute the case by responding to their motions for summary judgment and their discovery requests. Dkt. 80. Jackson did not respond to the motion to dismiss. I will grant defendants' motion to dismiss the case for Jackson's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss the case for plaintiff Elgin Jackson's failure to prosecute it, Dkt. 80, is GRANTED. The case is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b).

2. The clerk of court is directed to enter judgment for defendants and close the case.

Entered October 25, 2022.

                                    BY THE COURT:

                                    /s/

                                    _____

                                    JAMES D. PETERSON
                                    District Judge